ARTHUR W. CLEMENT et al., as Executors and Trustees under the Will of EDWARD L. GRAEF, Deceased, Appellants, *v.* BICKFORD'S, INC., Respondent.

(Argued October 9, 1935; decided October 25, 1935.)

*Arthur W. Clement, Clarence B. Campbell* and *Philip S. Clarke* for appellants.

*Abraham Lillienthal* and *Saul K. Ellenbogen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and FINCH, JJ. Not sitting: HUBBS, J. Not voting: CROUCH, J.